July 7, 2025

Honorable Robert S. Ballou
United States District Court
210 Franklin Road, SW, Suite 206
Roanoke, VA 24011-2208

Dear Judge Ballou,

My name is Leanne Wilburn and I am writing to you on behalf of Todd Williams. I am in a leadership role in a non-profit organization that spans many states. I provide virtual and onsite support to programs in five different states and have been with this organization for sixteen years. I am a volunteer within my community and focus primarily on supporting those experiencing food insecurity. My family and I are members of a local church within our community.

As his younger sister, Todd has been a part of my entire life. Some of my earliest memories of Todd are that of an older sibling taking on responsibility for the younger siblings. As a child of a single mother, Todd found himself responsible at eight years old for shepherding us off the school bus, tasked with carrying the key to the house to gain entry, and maintaining order in the home until our mother finished her workday. I had not thought about those times much until recently, but it made me realize that this began a pattern that Todd continued throughout life. Todd has always exhibited traits of responsibility-from the young years of watching us, moving into his pre-teen/teen years of beginning a mowing service within our neighborhood and beyond, learning to drive and shuttling us to band practice, track meets, and church activities, and then beginning employment within his college and hometown communities. I believe this sense of responsibility extended into his adult years and was demonstrated fully in the way he cared for the community in which he has lived since 2012.

Post college and living in different states, our lives took their own paths and our connections were less frequent-family gatherings, holiday functions, and occasional trips to college football games throughout the year. It wasn't until he began spending more time in Chilhowie, eventually moving there, that we had more frequent interactions. It was within this community that I believe Todd really started living his life. He invested himself into the community and creating a stable life for the children he had taken into his home. He felt an enormous amount of responsibility to improve the lives of the boys and provide them opportunities that they would not have had otherwise. We had countless conversations regarding the living conditions from which they had come, and he was particularly concerned with the education component. He had countless conversations with teachers to determine how to best support the educational needs of the boys. I recall a time he was visiting my home, and we offered him a beer. He quietly told us that he did not drink alcohol in front of the boys because their lives had already been greatly impacted by substance abuse and they did not need to see that from him.

I acknowledge that Todd has pled guilty to these charges and one of the comments he has made to me since this started is that he feels like all the good he did within his community and with the boys living in his home is negated by these actions and that nobody will remember the good in him. I know that it is hard to separate those out, but in working at his home over the last 10 months, I can say that there are people that have not forgotten. Many community members have stopped by the house (most of them strangers to me), to tell me how impactful he had been. There is acknowledgement of the meaningful work he did on the school board and within school sports, countless reports of him helping elderly/ill neighbors and community members, and recognition by many that there are three successful young men that could have taken very different paths in life if not for his positive influence. Many have offered prayers of support and expressed hopes that Todd be given the opportunity to receive mental health support.

The lives of our family have been turned upside down since last August. Receiving the call of Todd's arrest is one of the worst experiences I have had. I have coped as best as can be expected and hope that in your consideration of sentencing, you will thoughtfully consider the sentencing timeframe. I understand the sentencing guidelines for federal cases of this nature, and it has been hard for me to witness the pain the prospect of a maximum sentence has had on my mother. At her age, it is unlikely she will ever have the opportunity to share a meal or a holiday experience with her oldest child again, and I think one of the things that has kept her going is the prospect that Todd may have time to live life after this- that he may have an opportunity to once again be an asset to a community, find joy in living in his own space, and remind himself that he is capable of good.

Sincerely,

*Leanne Wilburn*

Leanne Wilburn

July 3, 2025

Honorable Judge Robert S. Ballou
United States District Court
210 Franklin Road, SW, Suite 206
Roanoke, VA 24011-2208

Judge Ballou,

I am the mother of Todd Williams who will be appearing before you for sentencing within the next month. I would like to share with you his background and what a shock this has been to his family. Todd was an easy child to raise to adulthood. He graduated from high school after spending four years playing trumpet in the band and participating in band competitions all over East TN. He attended a United Methodist Church and was an active member and president of the youth group. He spent one week every summer volunteering with Appalachian Service Project whose aim was to repair homes for low income families.

He also had a mowing business that involved buying his own lawn mower, which he purchased with the money he had earned. He saved up enough money to purchase good quality camping equipment which he used with a high school friend. They were camping during the summer after his second year of college when all of their equipment was stolen. But, they started all over again and continued their outdoor activities..

Todd has two siblings and two step-siblings. His step-dad came into his life when he was nine years old. The blended family enabled us to take a trip across the US or Canada each summer to show the kids as much of the country as possible.

He went to Virginia Tech and graduated in 1994 in Forestry Product Marketing. He was able to get a job in his field right after graduation and has lived as an independent adult since that time. He has spent his career in North Carolina, South Carolina, Tennessee, and Virginia. We have always been proud that Todd and our other children became independent adults after college.

It was a shocking and devastating day on August 23 when we learned that Todd had been arrested. This continues to dominate our lives to the point that we go to his home most weekends to pack up his possessions to save for his future. We

communicate by email and know that he is in great distress because of the pain he has caused and all the things he is missing from his former life. When I see blue skies with puffy clouds, colorful trees and hundreds of other things that I know he loves, it brings tears because of all the things he is missing. He has not been outdoors since August 2023, and I know this causes him much sadness as well as thinking about the pain he has caused to others.

I want to ask him so many questions regarding how this behavior became an issue in his life but since we cannot communicate privately, I cannot ask that. Could he have been abused by someone early in his teens that led to this? I believe that something caused a breakdown in his mental health that led him to deviate so very much from the person he has always been.

I urge you to consider as lenient a sentence as possible. Even though he has pleaded guilty, he needs to have hope that he can get back to a productive life. His family needs to have hope that we will be able to spend time with him again. He is a good person who has contributed greatly to the community where he has lived since 2013. Many of his friends have told us how much good he has done. He was a member of the school board for the past several years and we have been told he cared deeply about the school system. He provided a home for 3 teens during their high school years and enabled two of them to graduate from college. All three of them are working in their fields and living productive lives.

I hope he will be able to go to a facility where he can have treatment while he is incarcerated. I have learned these are called SOMP facilities. If you feel this is appropriate to help him reenter society, we are willing to drive the extra miles to visit him.

Thank you for reading this and taking the time to consider these thoughts.

Sincerely,

*Audrey Hansard*

Audrey Hansard

Honorable Robert S. Ballou        July 2, 2025
United States District Court
210 Franklin Road, SW, Suite 206
Roanoke, VA 24011-2208

Dear Sir:

I am Hobart Hansard a process chemical engineer for the operating contractor of an Army Ammunition Plant. I have worked at this plant for over fifty years in various technical and managerial rolls. Before this, I spent two years on active duty as an officer in the US Army. I continued my community service as a reserve officer for over twenty years before retiring from the Army Reserves.

I have known Todd Williams since he was nine years old. I was divorced and his mother was divorced. We fell in love, married, and Todd and his brother and sister became my step-children. Todd loved to be outdoors riding his bicycle with the neighbor boys. When he entered junior high, he started playing the trumpet. Every day he would ride his bike about a mile down the road to his best friend's house who was also a trumpet player. They continued their friendship through high school. Todd was very industrious and wanted to earn money for himself. He started mowing our yard for money, then added a neighbor or two. When he got his drivers license, he expanded his mowing customers. He was a willing and energetic participant in family, church, and school activities. One summer he worked as a dish washer in a local restaurant for extra money.

When Todd went off to Virginia Tech for college, he was a very good representative of our family. At VT, he became a big supporter of the school's football program. He developed new friends but kept earning his spending money by working at a service station and a clothing store.

After college, he took a job in his field of study, moved away, and started his work career. He has continued his independent ways all his life. He has done community service activities and loved sports including hunting and fishing throughout his life. Whatever his failings, I believe he will try to do his part in helping others.

While Todd has been charged and pleaded guilty to unacceptable behavior, he has also done some very commendable things for children who have now become young men. He provided a home for two boys and a part-time home for a third who were experiencing difficult home lives. He continued raising two of the boys and sent them through college. All three of these young men have good jobs and are responsible members of the Southwest Virginia region. Todd has also helped the school children of Smith County by being an active member of the school board and by working with the school's athletic programs.

For the reasons in the previous paragraph, I believe Todd should have as lenient a sentence as possible.

I am fortunate that God has allowed me to be part of Todd's life.

Sincerely,

*Hobart Hansard*

Hobart Hansard

July 3rd, 2025

Honorable Robert S. Ballou
United States District Court
210 Franklin Rd., SW, Suite 206
Roanoke, VA 24011-2208

RE: Todd Williams

Your Honor,

My name is Todd Patterson and I am the Director of Operations for IMG Hotels which is a hospitality company that operates several hotels in Northern Virginia. I oversee the operations and financial performance of those entities and have been in this job for 17 years. I am married and with 2 teenage children and outside of work I am very involved in their activities which include travel soccer, girls track, wrestling and have assisted coaching high school football teams in Prince William County for about 20 years. I have served my community in a variety of other activities fundraisers and community green events including the Adopt-A-Spot program.

I met Todd in 1990 at Virginia Tech as we had classes together and shared friendships in the same social circles. I didn't know him very well in school then but became best friends after graduating as we shared a passion for sports. Although we lived very far away from each other, in our early twenties and thirties we made time to travel to college football games each year together with other mutual friends and enjoyed supporting our university. When I knew Todd, he acted with humility and integrity, was reliable and dedicated to his work and community. While we lost touch sometime in 2007, I was happy to reunite with him again in 2022 at our college during a sporting event.

I am aware that Todd has pleaded guilty to a serious crime. Knowing the many good actions and characteristics that I have personally witnessed in the 17 years we were in touch that were positive and meaningful, I believe Todd deserves leniency. I can't imagine that he would be a risk again and know that he has taken responsibility for his actions. He has let those closest to him down and I know his family is devasted emotionally and financially for his actions.

I truly believe Todd would be capable of making amends for his mistakes outside of a prison sentence and serve his debt to society more efficiently if given the chance.

Respectfully,

*Todd Patterson*

Todd Patterson
Director of Operations
IMG Hotels

W David Kiser, MD
155 Countryside Dr
Marion, VA 24354


Honorable Robert S Ballou
United States District Court
210 Franklin Road SW, Suite 206
Roanoke, VA 24001-2208

RE: Sentencing Hearing: Todd Williams

Dear Judge Ballou,

I am writing in reference to the upcoming sentencing hearing for Todd Williams.
I have been a practicing physician in Southwest Virginia for the entire 43 years of my professional life. I was born and raised in Marion, VA. During my senior year in High School I was appointed as a page in the US Congress and graduated from the Capitol Page School.
My secondary education included Virginia Tech, the Medical College of Virginia, and a residency in ophthalmic surgery at Wills Eye Hospital in Philadelphia.

I returned to Marion in 1982 and have been practicing comprehensive eye surgery since that time.
I have been active as a member of Marion Baptist Church, serving in leadership positions, such as trustee, deacon and singing in the choir.
I have been involved in youth activities, including coaching sports and supporting church youth groups.
I have been a member of the Rotary Club for 25 years, serving as President and co chair of our annual fund raiser for post high school scholarships.

In addition, I have served on the board of the Smyth County Foundation for many years. This foundation is primarily involved in promoting health and wellness, using its' funds for programs and education support, and starting a project for senior living facilities.

Before commenting on my relationship with Todd, I want to indicate that i am fully aware that Mr Williams has pleaded guilty to serious crimes involving sexual exploitation of children.

I have know Todd for over 30 years, first meeting him through friends involving connections to Virginia Tech and attending athletic events. I found him intelligent and a very enjoyable to be with. Since his graduation from Virginia Tech he has worked successfully in the wood industry.

Approximately 25 years ago he moved to Chilhowie, a small community in Smyth County, 10 miles from my home in Marion. Once in the community he became very active in the area, with a definite interest in High School athletics. He was involved in supporting several teenagers from very troubled backgrounds, both academically and in athletics. I have 3 grandchildren who have attended Chilhowie schools and encountered Todd frequently at sporting events.
He even took in several teenagers to live with him, due to their difficult home situations.

All the comments I encountered regarding Todd's involvement with the athletic programs were universally positive.

Of particular note, Todd was elected to the school board for Smyth County and served admirably in this role, which is obviously a difficult one in a rural county.

In summary, I certainly am not an expert on sexual exploitation of children, and what psychopathology underlies such urges and behaviors.
However, based on my personal contact with Todd Williams over the past 30 years, I believe there is still great potential for good.
With therapy and the serving of his sentenence, I would hope he would have the opportunity make a positive contribution to society.

Thank you for taking the time to read my letter, and for considering of my thoughts for Todd's sentencing
If you require anything further, please feel free to contact me.


Regards,

*[signature]*

W David Kiser MD
wdkisermd@hotmail.com
276-356-9781

Honorable Robert S Ballou
United States District Court

Dear Honorable Ballou,

My name is Mavis Slemp Williams, Todd Williams' step mother, and I am writing on behalf of Todd to request leniency in his sentencing. I have lived in Marion, Virginia my entire life. I am a retired office manager for Family Physicians of Marion, where I worked 47 years. During this time I organized and began a Multiple Sclerosis support group which was active for more than 20 years and served many people from our community. In addition, I have been a long term active member of Marion Baptist Church where I have served on essentially every committee over the years.

I became Todd Williams' stepmother in 1981 when I married his father, Roland S Williams, a registered pharmacist in Marion, Virginia who worked and managed for 30 years. Unfortunately Roland passed away in September 2020.
I met Todd several years before his dad and I were married and he seemed to be a happy child. He had a loving mother and father. Todd's mom remarried and Todd was raised in a family home w 2 loving parents and 2 other siblings. He was a good student at Dobbyn's Bennett and was active in band and track.

After Todd graduated from high school he attended Virginia Tech where he worked at the Campus Exxon and graduated in 1994 with a degree in forest products marketing. After graduation, he obtained a position in Gray, Tennessee. He enjoyed watching sports and bought season tickets to Virginia Tech football as a member of the Golden Hokie Club and was a member of the local Hokie Club.

Roland and I also held Virginia Tech Football season tickets and we often had extra tickets which I would offer to an employee at Family Physicians of Marion. She was raising her grandchildren whose parents were in jail related to drug abuse. Her grandchildren, who enjoyed attending the football games, were Hunter and Alex Delp. They attended the games with those extra tickets and would sit near us. It was during this time that Todd Williams became a part of their lives.

Todd ended up being transferred to Waynesboro, Virginia with his job. It was during this time that Todd went to court to obtain custody of Alex Delp, which was granted. When this happened, Todd requested a work transfer to Chilhowie, Virginia to prevent Alex from having to move to Waynesburo which would have resulted in a school change. In addition, Hunter, who also went to school in Chilhowie, chose to live with Todd even though his grandmother had custody of him. This was a mutual decision between Hunter's grandmother, Todd and Hunter.

Todd developed a fatherly relationship with both of them. Over the years and through school, Todd provided supervision and support as they were athletes and active in school. They have since graduated high school, each have college degrees and work successfully in their communities.

Community and responsibility has always been important to Todd. Each place he lived he has been active in the community. When he lived in Gray, Tennessee he was a member of the Mountain Elk Foundation where he led fundraising efforts to help bring elk back into the area.
In Chilhowie, Todd served on the Smyth County School Board. It was his dream to be on the town council or become the town manager of Chilhowie ,Virginia. He enjoyed serving the community as he also managed the concession stand at all sporting events in order to help provide funds for the sports programs supporting Chilhowie schools.

I am aware Todd has plead guilty to the sexual exploitation of minors and do understand the seriousness of the crime and associated punishment. I do not understand the mental illness or state that would lead to such behavior; although, I do realize the seriousness of Todd's crime. I do hope with intensive mental health care and continued monitored progress, there can be consideration to shorten his sentence so that he may continue to serve a community to the best of his recovered ability.

In my years of being around Todd, I know his desire is to serve his community and I feel he will take responsibility and participate fully in recovery, whatever that looks like. My hope is he still be able to use his education and his willingness to serve a community in some capacity as he faces the responsibilities of his actions.

His mother, now 83 and I at 76, will not live to see him released from jail, but I do pray he will have the opportunity to serve society again in the future.

Thank you for your time and your willingness to consider my request of leniency in the sentencing for Todd Williams. If you

have further questions or would like to discuss further, please reach out to me at 276-759-2425.

Respectfully,

*Mavis Slemp Williams*

Mavis Slemp Williams