# SMYTH COUNTY SCHOOL BOARD

DR. DENNIS G. CARTER, DIVISION SUPERINTENDENT
121 BAGLEY CIRCLE, SUITE 300
MARION, VIRGINIA 24354-3140
PHONE: 276-783-3791
FAX: 276-783-3291

SUSAN B. WILLIAMS, CHAIRMAN
DR. PAUL L. GRINSTEAD, VICE-CHAIRMAN
TARA E. FRENCH, CLERK
BENJAMEN L. ADAMS

CHARLES M. BUCHANAN, JR.
JOSEPH D. JOHNSON
SUE D. TILSON
LYNN M. WHITE

July 14, 2025

Dear Judge Ballou,

As Superintendent of Smyth County Public Schools and Board Chair for the Smyth County School Board, we write to share the impact of Todd Williams' behavior on our school community. Mr. Williams' alleged acts and his arrest were a surprise to the Board and Division, and we cannot sufficiently convey our profound shock and dismay regarding the crimes Mr. Williams acknowledged committing in his plea agreement.

Mr. Williams served in a position of trust as an elected School Board member. The crimes he admitted committing led to a significant and deeply felt erosion of trust within our community and among the very students and families he was elected to serve.

Our fundamental goal as educators and leaders in public education is to protect the students entrusted to our care and to safeguard their well-being in every reasonably possible way. Mr. Williams betrayed this core principle: the acts he has admitted committing harmed and exploited children.

We take immense pride in our division, which boasts successful and exceptional students and a dedicated staff committed to providing the highest quality education. Mr. Williams' actions have had a substantial negative impact on the collective efforts of our entire school community, by undermining the trust we ask our families, staff members, and communities to bestow upon those who are called to serve in our educational community. That trust is a critical component of our success as educators, and it is difficult to recover.

Sincerely,

*Susan Williams*

Susan Williams
Chairman

*[signature]*

Dennis Carter
Superintendent